IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TYRONE WILKINS,**
        **Plaintiff,**

vs.                                        **Case No: 3:07cv60/RV/MD**

**DR. MONESTERO, et al.,**
        **Defendants.**

_____

**O R D E R**

      This cause is before the court upon referral from the clerk. On April 13, 2007 the court issued an order directing plaintiff to file an amended civil rights complaint within thirty days. (Doc. 12). On April 24, 2007 plaintiff filed a "Notice of Mail Delay," indicating that he did not receive the order until April 23, 2007. (Doc. 14). He seeks clarification of when the thirty-day filing deadline commences. The court construes the notice as a motion for clarification.

      The thirty-day filing deadline began to run the day after the order issued. FED.R.CIV.P. 6(a). This period may be enlarged by plaintiff filing a motion for extension of time. FED.R.CIV.P. 6(b).

      Accordingly, it is ORDERED:

      Plaintiff's "Notice of Mail Delay," construed as a motion for clarification, is GRANTED to the extent this order has issued.

      DONE AND ORDERED this 3rd day of May, 2007.

                                      /s/ *Miles Davis*
                                      **MILES DAVIS**
                                      **UNITED STATES MAGISTRATE JUDGE**