IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE WILKINS,
        Plaintiff,

vs.                                    Case No. 3:07cv60/RV/MD

DR. MONESTERO, et al.
        Defendants.

## **O R D E R**

This cause is before the court upon plaintiff's second amended complaint. (Doc. 27). Upon review of plaintiff's allegations, it appears that service of this complaint is now appropriate. Because plaintiff is proceeding *in forma pauperis*, he is not responsible for the costs of service.[1] However, before service can be ordered, plaintiff must submit **two** service copies of his second amended complaint that are identical to each other and to the amended complaint filed with the court.

In addition, to continue the prosecution of this case and to more expeditiously complete service of process, plaintiff must complete certain forms relating to service, and return them to the court along with the service copies of his second amended complaint. Thus, when sending plaintiff a copy of this order, the clerk shall also provide plaintiff with sufficient copies of the Process Receipt and Return form (USM-285 form), and the Notice of Lawsuit and Request for Waiver of Service of Summons form (AO-398 form) for each defendant.

Plaintiff shall complete the upper portion of a separate Process Receipt and Return form for each defendant, writing in the name of plaintiff and the defendant, and the address for serving that defendant. Plaintiff shall provide the court case number and indicate that

---

[1] Plaintiff is reminded of his continued obligation to submit monthly installment payments to the court until the filing fee is paid in full.

the type of process is "civil."  He shall write "1" in the blank asking for the number of process to be served with this Form-285, <u>and</u> fill in the appropriate number of defendants in the box for the number of parties to be served in this case.  Finally, he should sign and date the form in the spaces provided.

Plaintiff shall also complete blanks A-F on a Notice of Lawsuit and Request for Waiver of Service of Summons form (AO-398) for each defendant.  Plaintiff shall write "30" in Blank F.  Plaintiff *must sign* the Notice of Lawsuit and Request for Waiver of Service of Summons Forms.  Plaintiff *shall not* fill in the date in the line that reads: "I affirm that this request is being sent to you on behalf of the plaintiff, this ___ day of _____."

Plaintiff shall return the completed, original Process Receipt and Return forms (USM-285) and the completed originals plus one identical copy of each of the Notice of Lawsuit and Request for Waiver of Service of Summons forms (AO-398).  Upon receipt of these items, including the service copies of the second amended complaint, the court will direct the U.S. Marshals Service to serve the defendants.

Accordingly, it is ORDERED:

1.  The clerk shall provide plaintiff with sufficient copies of the Process Receipt and Return form (USM-285 form), and the Notice of Lawsuit and Request for Waiver of Service of Summons form (AO-398 form) for each defendant, along with a copy of this order.

2.  Within thirty (30) days from the date of this order, plaintiff shall submit:

   a.  **two** identical copies of his amended complaint for service on the defendants;

   b.  one original completed Process Receipt and Return form (USM-285) for each defendant; and

   c.  one original plus one copy of a completed Notice of Lawsuit and Waiver of Service of Summons form (AO-398) for each defendant.

3.  Failure to timely comply with this order may result in a recommendation of dismissal of this action.

DONE AND ORDERED this 1st day of February, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:07cv60/RV/MD*