IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TYRONE WILKINS,**
    Plaintiff,

vs.                                        **CASE NO.: 3:07cv60/RV/MD**

**DR. MONESTERO, et al.,**
    Defendants.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 4, 2008.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's claims against defendant Dr. Monestero are DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

    3.    Judgment is entered accordingly, _i.e._, according to this order and the order granting judgment in favor of Baptist Health Care (doc. 45).

    4.    The clerk is directed to close the file.

    DONE AND ORDERED this 6th day of January, 2009.

                                                  /s/ _Roger Vinson_
                                                  **ROGER VINSON**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**